**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Henry Mason

Petitioner

v.

State of Nevada, *et al*.,

Respondents

Case No.: 2:26-cv-00068-APG-NJK

**Order Granting Petitioner's Motion to Extend**

[ECF No. 10]

Petitioner Henry Mason a motion for extension of time to file his amended petition. ECF No. 10. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner's unopposed first motion for enlargement of time (ECF No. 10) is granted. The deadline to file his amended petition is August 28, 2026.

DATED: August 6, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE